# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: (by clerk) 2:07cv189-mht

I, _Ricky L. Grice_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _S.L.C.C. Basile, LA_

    Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Not Applicable_

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. **6 Mood - 48 cents**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value. **Not Applicable**

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. **None**

I declare under penalty of perjury that the above information is true and correct.

_2/15/07_  _Ricky L. _____
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case 2:07-cv-00189-MHT-CSC    Document 2    Filed 03/02/2007    Page 3 of 3

Trust Fund Resident Activity
2/14/2007 11:52 AM

LCS Corrections Services, Inc.
Resident Id: A142526
From: 8/1/2006
To: 2/14/2007

Trust Fund Resident Activity
1 Of 1

# Trust Fund Resident Activity

| Resident Id | Personal ... | Last Na... ▲ | First Name | Class | Unit | Building | Pod | Bed |
|---|---|---|---|---|---|---|---|---|
| A142526 | A142526 | GRICE | RICKY | GP | SLCC | BCAT | 4 | 18 |

**Beginning Balance**

| | | | | | | | | $0.47 |

| Task No. | Date ▲ | Task | Check No. | Comment | Amount |
|---|---|---|---|---|---|
| 794157 | 8/2/2006 4:11:... | ROA | | deborah arnold | $60.00 |
| 794800 | 8/3/2006 8:14:... | Sale | | Scanned Sale | ($60.07) |
| 820044 | 8/21/2006 10:5... | Transfer From Unit | | | ($0.40) |
| 820044 | 8/21/2006 10:5... | Transfer To Unit | | | $0.40 |
| 825874 | 8/23/2006 4:21... | Release | | LCS Automated Release | $0.00 |
| 825875 | 8/23/2006 4:21... | Group Assignment | | Building Change | $0.00 |
| 826865 | 8/24/2006 11:1... | Intake | | | $0.00 |
| 826866 | 8/24/2006 11:1... | Group Assignment | | Building Change | $0.00 |
| 826867 | 8/24/2006 11:1... | Group Assignment | | Building Change | $0.00 |
| 867411 | 9/19/2006 12:1... | Automated Payment | | Medical Services | ($3.00) |
| 879344 | 9/27/2006 11:4... | Automated Payment | | Medical Services | ($3.00) |
| 884462 | 10/2/2006 2:44... | Group Disbursement | 8452 | | $0.00 |
| 977611 | 12/14/2006 12:... | Automated Payment | | Medical | ($3.00) |
| 977622 | 12/14/2006 12:... | Automated Payment | | Dr. Call Out | ($3.00) |
| 1009856 | 1/11/2007 1:56... | Automated Payment | | Reversed Task No. 977622 | $3.00 |
| 1028937 | 1/30/2007 9:27... | ROA | | Mailroom Receipts | $25.00 |
| 1031529 | 1/31/2007 1:36... | Sale | | Scanned Sale | ($15.82) |
| 1033922 | 2/2/2007 11:58... | Sale | | | $10.24 |
| 1035220 | 2/5/2007 9:59:... | Group Disbursement | 8867 | | $0.00 |
| 1035651 | 2/5/2007 2:46:... | Sale | | Scanned Sale | ($10.34) |

**Ending Balance**

| | | | | | | | | $0.48 |