IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky L. Grice,
Tomothy Watters,
Centorian Nance,
Torey Beasley,
Alabama Inmates, et, al.
    Plaintiffs,

VS.

Civil action NO: 2:07CV189-mht

Governor Katherine Blanco,
Owner- Pat LeBlanc,
Governor Bob Riley,
Prison Commissioner Richard
Allen, In their Individually &
Official Capacities,
    Defendants,

## MOTION FOR APPOINTMENT OF COUNSEL

Pursaunt to Federal civil proceedure rule 23 Plaintiffs move for an order appointing counsel to represent this civil action. In support of this motion Plaintiff state:

1. Plaintiffs are unable to afford counsel.

2. PLaintiffs incarceration will greatly limit their ability to litigate the issues involved in this case are complex, and will require significant research and investigation. Paintiff has a limited access to the law library, limited research material and limited knowledge of the law.

3. This institution was just recently ordered to supply a law Library. An Astronomical amount of materials are yet available.

4. This is a class action and in dire need of a professionaly licensed counsel as a legal voice for this civil action.

5. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiffs to present evidence and cross examine witnesses.

6. In some instances materials / information is being with held an removed from the computer, etc..

7. Legal mail is being held or not mailed due to correctional staff's interference. Legal mail is not distributed out on time or correctly handled.

8. The interest of Justice for both this court and the Plaintiffs would best be served by appointment of counsel whom is familar with proceedure and rights of Plaintiffs.

## PRAYER

Wherefore, Plaintiffs pray the court to appoint counsel in this case.

_____
Plaintiff

Executed on this 20 day of February, 2007 In Basile, Louisiana. 70515