IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR -2 A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RICKY GRICE<br>TIMOTY WATTERS,<br>TOREY BEASLEY<br>CENTORIAN NANCE<br>ALABAMA INMATES,   et, al,<br>            Plaintiffs,<br><br>V.<br><br><br>GOV. KATHERINE BLANCO,<br>OWNER - PAT LEBLANC,<br>GOV. BOB RILEY,<br>PRISON COMMISSIONER<br>RICHARD ALLEN,<br>IN THEIR INDIVUALLY AND<br>OFFICIAL CAPACITIES,<br>            Defendants. | CIVIL ACTION NUMBER:<br><br>2:07cv189-mht |

## MOTION TO CERTIFY AS CLASS ACTION

Comes now the Plaintiff, Pro-Se, in the above styled cause, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, and moves this Court to certify the above as a class action, and the Plaintiffs show the following in support thereof:

1. The class involves some 500 inmates, and would not be practical for everyone in the class to bring suit and appear in Court.

2. The questions of Law and fact involved in the suit are common to all 500 inmates.

3. The claims within the suit would necessarily be common with each member of the class.

4. The Plaintiffs presenting the suit are capable of fairly and adequately protecting the interest of the class until a lawyer is appointed.

5. The defendants have acted and refused to act on the grounds asserted that are applicable to the class as a whole so that it would be appropriate for this Court to issue one injunction and Declaratory Judgment in respect to the class as a whole, while minimizing this Courts time and Expense of multiple orders thereby serving the best interest of justice and public expense. Citing **_Oster v Brotherhood of Locomotive Fireman and engineers_**, 271 P.A. 419 (1921).

_____
(Plaintiff)

Executed on this 21 day of February, 2007.

## CERTIFICATE OF SERVICE

We hereby certify that we have served upon the Clerk of this Court (4) four copies of the foregoing to be served by the clerk or other authorized person upon the defendants listed below, by placing them in the prison mail box, U.S. Mail, first class, postage pre-paid and addressed to, Clerk of the Court, P.O. Box 711, Montgomery, Alabama. 36101-0711.

On this 21 day of February, 2007.


_____  _____
Ricky Grice                      Timothy Watters


_____  _____
Tory Beasley                     Centorian Nance