IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky L. Grice,
Timothy Watters,
Centorian Nance,
Torey Beasley,
Alabama Inmates, et al.
  Plaintiffs,

VS.              Civil Action No: 2:07cv189-MHT

Governor Kathleen Blanco,
Owner- Pat LeBlanc,
Governor Bob Riley,
Prison commissioner Richard
Allen, In their Individually &
Officail Capacities,
  Defendants,

MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT

---

Plaintiff Ricky Grice, pursuant to Rule 15(a) and 19(a), Fed.R.Civ.P., request leave to file an amended complaint adding a party.

1. The Plaintiff in his original complaint named Katherine Blanco Defendant.

2. Since the filing of the complaint the plaintiff has determined that the name of Defendant is Kathleen Babineaux Blanco. Paragraphs ( cover page defendants, heading of complaint, and paragraph #1 ) are amended to reflect the identity and actions of Governor Kathleen Blanco.

3. This court should grant leave freely to amend a complaint.
 Foman v. Davis, 371 U.S. 178, 182 (1962).

 Date: 3/4/07

Respectfully submitted,

Ricky L. Grice #A142526
LCS. Bcat#4-18
3843 Stagg Ave
Basile, La. 70515

CERTIFICATE OF SERVICE

I Ricky Grice, hereby certify that I have served upon the Clerk of this Court (4) four copies of this foregoing to be served by the Clerk or other authorized person upon defendants listed above, by placing them in the prison mail box, U.S. Mail, first class, postage pre-paid and addressed to, Clerk of the Court, P.O. box 711, Montgomery, Alabama. 36101-0711.

On this ____ day of March ____, 2007.

Ricky Grice

Ricky Grice #A142526
LCS. Bc #4-18
3843 Stagg Ave.
Basile La. 70515

LAFAYETTE LA 705
05 MAR 2007 PM 4

- LEgal Mail -

Clerk of the Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711

