IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY L. GRICE, #142526, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-189MHT |
| | ) [WO] |
| | ) |
| KATHLEEN BLANCO, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend complaint filed by the plaintiff on March 8, 2007 (Court Doc. No. 10), in which the plaintiff seeks to correct defendant Blanco's name to read Kathleen Blanco rather than Katherine Blanco, and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED.

2. The style of this case and all future documents shall henceforth refer to defendant Blanco as Kathleen Blanco.

3. Since the change in defendant Blanco's name has no impact on the previous orders and Recommendations entered in this case, such documents shall remain in full force and effect.

Done this 9th day of March, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE