**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Clerk of Court
U.S. District Court
Suite 2100
800 LaFayette
Lafayette, LA 70501

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): B. Brenden
B. Date of Delivery: 4-5-07
C. Signature: X [signature]
☐ Agent
☐ Addressee

address different from item 1? ☐ Yes
er delivery address below: ☐ No

07CV189
Transfer Case

☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0001 2962 1744

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952