IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2007 APR 23 A 10: 2_

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ricky L. Grice,

 Plaintiff,

vs.

Kathleen Babineaux Blanco,

Governor, State of Louisiana,

In her official capacity,

et al.,

Civil Action No.

2:07cv189-MHT

(WO)

## Notice of Appeal

Notice is herby given that Ricky L. Grice, plaintiff, hereby appeals to the United States Court of Appeals for the 11th Circuit from an order and final judgment entered in this action on 30th day of March, 2007.

Ricky L. Grice, 142526
Bearcat - 4  Bed 18
South Louisiana Correctional Center
3843 Stagg Ave.
Basile La., 70515

1



Jack L. Grice #A142526
BC#4-18
C.C. 
843 Stagg Avenue
Basile, Louisiana
70515

LEGAL MAIL-

Clerk of the Court
Ms. Debra Hackett
United States District Court
Post Office Box 711
Montgomery, Alabama.
36101-0711

36101+0711

LAFAYETTE LA 705
19 APR 2007 PM 1 L