RECEIVED
2007 MAY 21 A 11:14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 7 2007

THOMAS K. KAHN
CLERK

No. 07-11939-D

RICKY L. GRICE,

                                Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO,
Governor, State of Louisiana,
in her official and individual capacity,
PAT LE BLANC,
Owner of LCS, Louisiana Correctional Service, Inc.
and South Louisiana Correctional Center, in his
official and individual capacity,
et al.,

                                Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before DUBINA and CARNES, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED in part and MAY PROCEED in part. The appeal is

DISMISSED, sua sponte, for lack of jurisdiction as to the portion of the district court's May 30,

2007, order that transferred Ricky L. Grice's claims regarding the conditions of confinement at the Louisiana prison to the United States District Court for the Western District of Louisiana. That decision is not interlocutorily appealable. Stelly v. Employers Nat'l Ins. Co., 431 F.2d 1251, 1253 (5th Cir. 1970). However, with respect to the district court's dismissal of Grice's remaining claims, the appeal MAY PROCEED. Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.