IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT



No. 07-11939-D

RICKY L. GRICE,

                              Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO,
Governor, State of Louisiana,
in her official and individual capacity,
PAT LE BLANC,
Owner of LCS, Louisiana Correctional Service, Inc.
and South Louisiana Correctional Center, in his
official and individual capacity, et al.,

                              Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before **ANDERSON, BIRCH and CARNES, Circuit Judges.**

BY THE COURT:

    The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal in forma pauperis (IFP). The district court determined that appellant was indigent, and assessed the

$455.00 appellate filing fee pursuant to the Prison Litigation Reform Act of 1995 (April 26, 1996); see 28 U.S.C. § 1915 (as amended). The district court then certified that this appeal is frivolous and not taken in good faith.

Appellant has consented to pay the $455.00 filing fee, using the partial payment plan described under 28 U.S.C. § 1915 (as amended) and has filed a motion for leave to proceed on appeal. Thus, the only remaining issue is whether the appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). This Court now finds that the appeal is frivolous, DENIES leave to proceed, and DISMISSES the appeal.

Appellant's motion for leave to amend his complaint is DENIED.

Appellant's motion for appointment of counsel is DENIED AS MOOT.