

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

---

March 10, 2008

**Appeal Number: 07-11939-D**
Case Style: Ricky L. Grice v. Kathleen Babineaux Blanco
District Court Number:  07-00189 CV-T-N

TO:   Debra P. Hackett

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-11939-D**
Case Style: Ricky L. Grice v. Kathleen Babineaux Blanco
District Court Number: 07-00189 CV-T-N

---

The following record materials in the referenced case are returned herewith:

  Record on Appeal VOL(S)  1 op

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

REC-3 (06-2006)